JOHN FRANCIS PERKIN          #1673
BRANDEE J.K. FARIA           #6970

ORIGINAL

**PERKIN & FARIA, L.L.L.C.**
Suite 2000, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-2300
Facsimile: (808) 531-8898
E-mail: info@perkinlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2009

at 9 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Attorneys for Plaintiffs,
1013 LLC, ABD-EL-RAHMAN SULTAN TRUST,
HENRY CHAN, MOHAMED AYMAN EL-DAKHAKNI,
ZENY LAMARSH, MAGDALENA PASRON, MOHAMED
MATAR, NIKKI SZETO, KWOK HUNG SZETO,
WENDELL WO, and BENNET WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 1013 LLC, ABD-EL-RAHMAN SULTAN TRUST,HENRY CHAN, MOHAMED AYMAN EL-DAKHAKNI, ZENY LAMARSH, MAGDALENA PASRON, MOHAMED MATAR, NIKKI SZETO, KWOK HUNG SZETO, WENDELL WO, and BENNET WO <br><br> Plaintiffs, <br><br> v. <br><br> IRONGATE AZREP BW LLC, a Delaware LLC; IRONGATE BEACH WALK LLC; AZ BEACH WALK LLC; IRONGATE CAPITAL PARTNERS, LLC; ADAM FISHER; JASON GROSFELD and S&P DESTINATION PROPERTIES, INC. <br><br> Defendants | ) CIVIL NO. CV09-00315 <br> ) ACK KSC <br> ) <br> ) NOTICE OF VOLUNTARY <br> ) DISMISSAL WITHOUT <br> ) PREJUDICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs 1013, LLC, Abd-El-Rahman Sultan Trust, Henry Chan, Mohamed Ayman El-Dakhakni, Zeny Lamarsh, Magdalena Parson, Mohamed Matar, Nikki Szeto, Kwok Hun Szeto, Wendell Wo and Bennett Wo by and through their attorneys, voluntarily dismiss this case without prejudice.  The Clerk of the Court is respectfully requested to close this case.

DATED:     Honolulu, Hawaii, July 20, 2009

JOHN FRANCIS PERKIN
BRANDEE J.K. FARIA
Attorneys for Plaintiffs,

1013 LLC, ABD-EL-RAHMAN SULTAN TRUST, HENRY CHAN, MOHAMED AYMAN EL-DAKHAKNI, ZENY LAMARSH, MAGDALENA PASRON, MOHAMED MATAR, NIKKI SZETO, KWOK HUNG SZETO, WENDELL WO, BENNET WO